IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN | |
| THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Steve Harvey, David Alexander and Marlon Kerner<br><br>and<br><br>THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE BUFFALO BILLS and THE NEW YORK JETS | Civil Action No.<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES; RULE 7.1 DISCLOSURE STATEMENT |
| THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Charles Smith, Dusty Renfro, Michael Swift and Jason Peter<br><br>and<br><br>THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE CAROLINA PANTHERS | |

The National Football League Players Association hereby submits its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. There is no parent corporation. There is no publicly held corporation that owns 10% or more of its stock.

Dated: April 16, 2008

DEWEY & LEBOEUF LLP

By: _____
Jeffrey L. Kessler (JL 7891)
Adam J. Kaiser (AK 2122)
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for the National Football League Players Association*