IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

| | |
|---|---|
| THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Steve Harvey, David Alexander and Marlon Kerner<br><br>and<br><br>THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE BUFFALO BILLS and THE NEW YORK JETS | Civil Action No. 08cv03658-PAC<br><br>AFFIDAVIT OF SERVICE |
| THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Charles Smith, Dusty Renfro, Michael Swift and Jason Peter<br><br>and<br><br>THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE CAROLINA PANTHERS | |

STATE OF NEW YORK   )
                    SS.:
COUNTY OF NEW YORK  )

MICHELLE LO, being duly sworn, deposes and says, I am associated with the law firm of Dewey & LeBoeuf LLP, attorneys for Petitioner herein.

On the 17th of April 2008 I arranged for service of the documents below upon Defendants via electronic mail. On April 25, 2008 Defendants accepted service of process in this manner of the documents listed below:

1) NOTICE OF PETITION;

2) NFLPA'S PETITION FOR ORDER CONFIRMING ARBITRATION AWARD AND ENTRY OF JUDGMENT THEREON;

3) DECLARATION OF ADAM J. KAISER;

4) [PROPOSED] ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD AND ENTRY OF JUDGMENT THEREON;

5) CERTIFICATION AND NOTICE OF INTERESTED PARTIES; RULE 7.1 DISCLOSURE STATEMENT;

6) INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON; and

7) INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.

via electronic mail upon the following defendants:

The National Football League Management Council
David Gardi
GardiD@NFL.com

_____
MICHELLE LO

Sworn to before me this
25th day of April, 2008

_____
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147080
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010