UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

---

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Steve Harvey, David Alexander and Marlon
Kerner

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE BUFFALO BILLS and THE NEW
YORK JETS

---

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Charles Smith, Dusty Renfro, Michael Swift
and Jason Peter

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE CAROLINA PANTHERS

---

Civil Action No. 08-cv-3658 (PAC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Sean E. O'Donnell, of Akin Gump Strauss Hauer & Feld LLP, hereby enters his appearance in this matter on behalf of Respondent The National Football League Management Council as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Respondent may have in this action.

Dated: May 8, 2008
New York, New York

_____
Sean E. O'Donnell (SO-5005)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1093
Facsimile: (212) 872-1002
sodonnell@akingump.com

*Counsel for Respondent The National Football League Management Council*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2007, I caused to be served via the Court's Electronic Case Filing System a true and correct copy of the attached Notice of Appearance on Petitioner's counsel:

Jeffrey L. Kessler (jkessler@dl.com)
Adam J. Kaiser (akaiser@dl.com)
Michelle Lo (mlo@dl.com)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092

_____
Sean E. O'Donnell (SO 5005)