## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

----------------------------------------------------------------

**THE NATIONAL FOOTBALL LEAGUE**          :
**PLAYERS ASSOCIATION On Behalf of**      :
**Steve Harvey, David Alexander and Marlon** :     Civil Action No. 08-cv-3658 (PAC)
**Kerner**                                :
                                          :
**and**                                   :        **CERTIFICATION AND NOTICE**
                                          :        **OF INTERESTED PARTIES;**
**THE NATIONAL FOOTBALL LEAGUE**          :        **RULE 7.1 DISCLOSURE**
**MANAGEMENT COUNCIL On Behalf of**       :        **STATEMENT**
**THE BUFFALO BILLS and THE NEW**         :
**YORK JETS**                             :
----------------------------------------------------------------
----------------------------------------------------------------

**THE NATIONAL FOOTBALL LEAGUE**          :
**PLAYERS ASSOCIATION On Behalf of**      :
**Charles Smith, Dusty Renfro, Michael Swift** :
**and Jason Peter**                       :
                                          :
**and**                                   :
                                          :
**THE NATIONAL FOOTBALL LEAGUE**          :
**MANAGEMENT COUNCIL On Behalf of**       :
**THE CAROLINA PANTHERS**                 :
----------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for The National Football League Management Council, the Buffalo Bills, the New York

Jets, and the Carolina Panthers, certifies the following:

Respondent The National Football League Management Council does not have any

corporate parent, and no publicly held corporation owns 10% or more of its stock;

Respondent Buffalo Bills, Inc. does not have any corporate parent, and no publicly held

corporation owns 10% or more of its stock;

Respondent New York Jets, LLC is wholly owned by Jets Holdings LLC, a Delaware Limited Liability Corporation, and there is no publicly held corporation that owns 10% or more of its stock; and

Respondent Panthers Football, LLC d/b/a the Carolina Panthers does not have any corporate parent, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  May 9, 2008                     By: _____/s/_____

Sean E. O'Donnell (SO-5005)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone:  (212) 872-1093
Facsimile:  (212) 872-1002
sodonnell@akingump.com

Daniel L. Nash, Esquire
AKIN GUMP STRAUSS HAUER & FELD, LLP
*Pro Hac Vice* (application pending)
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

*Counsel for Respondents The National Football League Management Council, the Buffalo Bills, the New York Jets, and the Carolina Panthers*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 9, 2007, I caused to be served via the Court's Electronic Case Filing System a true and correct copy of the attached Rule 7.1 Disclosure Statement on Petitioner's counsel:

Jeffrey L. Kessler (jkessler@dl.com)
Adam J. Kaiser (akaiser@dl.com)
Michelle Lo (mlo@dl.com)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092


_____/s/_____
Sean E. O'Donnell (SO 5005)