UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

**THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Steve Harvey, David Alexander and Marlon Kerner**

**and**

**THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE BUFFALO BILLS and THE NEW YORK JETS**

**THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION On Behalf of Charles Smith, Dusty Renfro, Michael Swift and Jason Peter**

**and**

**THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL On Behalf of THE CAROLINA PANTHERS**

Civil Action No. 08-cv-3658 (PAC)

**AMENDED NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Sean E. O'Donnell, of Akin Gump Strauss Hauer & Feld LLP, hereby enters his appearance in this matter on behalf of Respondents The National Football League Management Council, the Buffalo Bills, the New York Jets, and the Carolina Panthers as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Respondents may have in this action.

Dated: May 9, 2008
New York, New York

/s/

Sean E. O'Donnell (SO-5005)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1093
Facsimile: (212) 872-1002
sodonnell@akingump.com

*Counsel for Respondents The National Football League Management Council, the Buffalo Bills, the New York Jets, and the Carolina Panthers*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 9, 2007, I caused to be served via the Court's Electronic Case Filing System a true and correct copy of the attached Amended Notice of Appearance on Petitioner's counsel:

Jeffrey L. Kessler (jkessler@dl.com)
Adam J. Kaiser (akaiser@dl.com)
Michelle Lo (mlo@dl.com)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092

/s/
Sean E. O'Donnell (SO 5005)