IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

---

THE NATIONAL FOOTBALL LEAGUE :
PLAYERS ASSOCIATION On Behalf of :
Steve Harvey, David Alexander and Marlon : Civil Action No. 08-cv-3658 (PAC)
Kerner :
 :
and :
 :
 : ORDER FOR ADMISSION
THE NATIONAL FOOTBALL LEAGUE : *PRO HAC VICE* ON
MANAGEMENT COUNCIL On Behalf of : WRITTEN MOTION
THE BUFFALO BILLS and THE NEW :
YORK JETS :

---

---

THE NATIONAL FOOTBALL LEAGUE :
PLAYERS ASSOCIATION On Behalf of :
Charles Smith, Dusty Renfro, Michael Swift :
and Jason Peter :
 :
and :
 :
THE NATIONAL FOOTBALL LEAGUE :
MANAGEMENT COUNCIL On Behalf of :
THE CAROLINA PANTHERS :

---

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: MAY 1 3 2008

Upon the motion of Sean E. O'Donnell, counsel for Respondent The National Football League Management Council [et al.] in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Sean E. O'Donnell, and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED that Daniel L. Nash of Akin Gump Strauss Hauer & Feld LLP is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate for Respondent The National Football League Management Council *and Buffalo Bills, The New York Jets and Carolina Panthers (see attached letter dated May 9)* in accordance with Local Rule 1.3(c).

EAST 8002119 v4                                1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

_____
United States District Court Judge

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

SEAN E. O'DONNELL
212.872.1093/fax: 212.407.3293
sodonnell@akingump.com

May 9, 2008

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, New York 10007

Re: *The National Football League Players Association, et al. v. The National Football League Management Council, et al.*, Civil Action No. 08-cv-3658 (PAC)

Dear Judge Crotty:

We represent Respondents The National Football League Management Council, the Buffalo Bills, the New York Jets and the Carolina Panthers in the above-referenced matter. We filed a motion to admit Daniel L. Nash *pro hac vice* on May 8, 2008. The *pro hac vice* motion inadvertently omitted the names of Respondents the Buffalo Bills, the New York Jets and the Carolina Panthers. In order to avoid duplicate *pro hac vice* applications, we respectfully request that you add the above-listed respondents to the proposed *pro hac vice order* should the order be granted.

Please do not hesitate to call me at 212.872.1093 if you have any questions.

Sincerely,

Sean E. O'Donnell / by MSZ

Sean E. O'Donnell

cc: Jeffrey L. Kessler (jkessler@dl.com)
    Adam J. Kaiser (akaiser@dl.com)
    Michelle Lo (mlo@dl.com)