UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

------------------------------------------------------------

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Steve Harvey, David Alexander and Marlon
Kerner

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE BUFFALO BILLS and THE NEW
YORK JETS

------------------------------------------------------------
------------------------------------------------------------

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Charles Smith, Dusty Renfro, Michael Swift
and Jason Peter

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE CAROLINA PANTHERS

------------------------------------------------------------

Civil Action No. 08-cv-3658 (PAC)

NOTICE OF
APPEARANCE

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that Daniel L. Nash, of Akin Gump Strauss Hauer & Feld LLP, hereby enters his appearance in this matter on behalf of Respondents The National Football League Management Council, the Buffalo Bills, the New York Jets, and the Carolina Panthers as counsel of record, and requests that all papers be served upon the undersigned.

      **PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Respondents may have in this action.

EAST 8006810 v1      1

Dated: June 6, 2008
      New York, New York

                                                  /s/
                                        Daniel L. Nash
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        1333 New Hampshire Avenue NW
                                        Washington, DC  20036
                                        Telephone:  (202) 887-4067
                                        Facsimile:  (202) 887-4288
                                        dnash@akingump.com

                                        *Counsel for Respondents The National Football*
                                        *League Management Council, the Buffalo Bills,*
                                        *the New York Jets, and the Carolina Panthers*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2008, I caused to be served via the Court's Electronic Case Filing System a true and correct copy of the attached Notice of Appearance on Petitioner's counsel:

Jeffrey L. Kessler (jkessler@dl.com)
Adam J. Kaiser (akaiser@dl.com)
Michelle Lo (mlo@dl.com)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092

/s/
Daniel L. Nash