IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE
ARBITRATION BETWEEN

---

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Steve Harvey, David Alexander and Marlon
Kerner

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE BUFFALO BILLS and THE NEW
YORK JETS

---
---

THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION On Behalf of
Charles Smith, Dusty Renfro, Michael Swift
and Jason Peter

and

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL On Behalf of
THE CAROLINA PANTHERS

---

Civil Action No. 08-civ-3658 (PAC)

**SDNY ECF FILING**

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law in Support of Respondents National Football League Management Council, Buffalo Bills, New York Jets, and Carolina Panthers, collectively "Respondents," Opposition to Petition to Confirm and Motion to Dismiss Petition to Confirm pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and upon all other pleadings and proceedings had in this matter, Respondents, by and through their undersigned counsel, will move this Court before the Honorable Paul A. Crotty, United States District Judge, 500 Pearl Street, New York, New York, at such date and

time as the Court shall determine, for an Order granting the Motion to Dismiss and any further

relief the Court may deem just and proper.

Dated: July 7, 2008                   Respectfully submitted,
       New York, New York

                                     **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                     By: /s/ Stacey R. Eisenstein
                                            Daniel L. Nash
                                            Stacey R. Eisenstein
                                            *Admitted Pro Hac Vice*
                                            1333 New Hampshire Avenue, N.W.
                                            Washington, D.C. 20036
                                            (202) 887-4067 (Telephone)
                                            (202) 955-7091 (Facsimile)
                                            dnash@akingump.com
                                            seisenstein@akingump.com

                                            Sean E. O'Donnell (SO-5005)
                                            590 Madison Avenue
                                            New York, New York 10022-2524
                                            (212) 872-1000 (Telephone)
                                            (212) 872-1002 (Facsimile)
                                            sodonnell@akingump.com

                                            *Co-counsel for Respondents The National*
                                            *Football League Management Council,*
                                            *Buffalo Bills, New York Jets, and Carolina*
                                            *Panthers*