**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
THE NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

               Petitioner,

      -against-

THE NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

               Respondent.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/09

08 **CIVIL** 3658 (PAC)

**JUDGMENT**

       Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on March

26, 2009, having rendered its Opinion and Order denying the respondent's motion to dismiss the

NFLPA's petition, confirming the Award dated February 14, 2007 and delivered to the parties on

June 6, 2007, and directing the Clerk of Court to enter judgment declaring that Paragraph 10 of the

NFL Player Contract provides only for a time offset, and not for a dollar-for-dollar offset, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated March 26, 2009, respondent's motion to dismiss the NFLPA's

petition is denied; the Court confirms the Award dated February 14, 2007 and delivered to the parties

on June 6, 2007; and judgment is entered declaring that Paragraph 10 of the NFL Player Contract

provides only for a time offset, and not for a dollar-for-dollar offset.

**Dated:** New York, New York
       March 29, 2009

                    **J. MICHAEL McMAHON**

                          **Clerk of Court**

     BY:

                          **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____